Morin I. Jacob, Bar No. 204598
mjacob@lcwlegal.com
Joy J. Chen, Bar No. 273894
jchen@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105
Telephone: 415.512.3000
Facsimile: 415.856.0306

Attorneys for Defendant
COUNTY OF SUTTER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| ANU CHOPRA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SUTTER; and DOES 1 through 50, inclusive,<br><br>　　　　Defendant. | Case No.: 17-CV-677-TLN-CMK<br><br>**NOTICE OF APPEARANCE** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Morin I. Jacob of the law firm of LIEBERT CASSIDY WHITMORE, located at 135 Main Street, 7th Floor, San Francisco, California 94105; (415)512-3000; e-mail: mjacob@lcwlegal.com, hereby appears as lead counsel of record (in addition to attorney Joy J. Chen) on behalf of Defendant COUNTY OF SUTTER, in the action entitled *Anu Chopra v. County of Sutter, Case No.17-CV-677-TLN-CMK*. Ms. Jacob respectfully requests that copies of all future pleadings, papers, and communications in the above-captioned action be served upon them at the address listed.

Dated: May 8, 2017　　　　　　　　　　　　　　　Liebert Cassidy Whitmore

　　　　　　　　　　　　　　　　　　　　By: /s/ Morin I. Jacob
　　　　　　　　　　　　　　　　　　　　　　　Morin I. Jacob
　　　　　　　　　　　　　　　　　　　　　　　Joy J. Chen
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　COUNTY OF SUTTER

1
NOTICE OF APPEARANCE

8155300.1 SU060-009