gotMorin I. Jacob, Bar No. 204598
mjacob@lcwlegal.com
Joy J. Chen, Bar No. 273894
jchen@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105
Telephone:  415.512.3000
Facsimile:  415.856.0306

Attorneys for Defendant
COUNTY OF SUTTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| ANU CHOPRA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SUTTER; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendant. | Case No.: 2:17-cv-00677-TLN-CMK<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

Notice is hereby given that, subject to approval by the Court, County of Sutter substitutes Carolee Kilduff of Angelo Kilday & Kilduff, State Bar No. 107232 as counsel of record in place of Morin I. Jacob of Liebert Cassidy Whitmore. Contact information for new counsel is as follows:

Carolee Kilduff
Angelo Kilday & Kilduff
601 University Ave #150
Sacramento, CA 95825
Phone: (916) 564-6100
Fax: (916) 564-6263
Email: ckilduff@akk-law.com

*///*

*///*

*///*

*///*

{00133353; 1}　　　　　　　　　　　　　　　1

Notice of Substitution of Counsel

8417659.1 SU060-009

**I consent to the above substitution.**

Dated: January 22, 2018　　　　　　　　　　COUNTY COUNSEL, SUTTER COUNTY

　　　　　　　　　　　　　　　　　　　　　*/S/ JEAN JORDAN*
　　　　　　　　　　　　　　　　　By:　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　　　　Jean Jordan

Dated: January 22, 2018　　　　　　　　　　ANGELO KILDAY & KILDUFF

　　　　　　　　　　　　　　　　　　　　　*/S/ CAROLEE KILDUFF*
　　　　　　　　　　　　　　　　　By:　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　　　　Carolee Kilduff
　　　　　　　　　　　　　　　　　　　　　New Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　COUNTY OF SUTTER

Dated: January 12, 2018　　　　　　　　　　LIEBERT CASSIDY WHITMORE

　　　　　　　　　　　　　　　　　　　　　*/s/Morin I. Jacob*
　　　　　　　　　　　　　　　　　By:　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　　　　Morin I. Jacob
　　　　　　　　　　　　　　　　　　　　　Former Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　COUNTY OF SUTTER

**The substitution of attorney is hereby approved and so ORDERED.**

Dated: 1/30/2018

　　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　United States District Judge

{00133353; 1}　　　　　　　　2　　　　　　　　Notice of Substitution of Counsel
8417659.1 SU060-009