Lawrance A. Bohm (SBN: 208716)
Kelsey K. Ciarimboli (SBN: 302611)
Zane E. Hilton (SBN: 305207)
Teal O. Miller (SBN: 311159)
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone: 916.927.5574
Facsimile: 916.927.2046

Attorneys for Plaintiff,
ANU CHOPRA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANU CHOPRA,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SUTTER; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No: 2:17-cv-00677-TLN-CMK<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)**<br><br>[Filed concurrently with [Proposed] Order re: Joint Stipulation for Dismissal]<br><br>Action Filed:    March 30, 2017<br>Trial Date:    Not Set |

///
///
///
///
///
///
///
///
///
///

Joint Stipulation of Dismissal with Prejudice Pursuant to FRCP 41(a)
*Chopra v. County of Sutter*
Case No.: 2:17-cv-00677-TLN-CMK
Lawrance A. Bohm, Esq.; Kelsey K. Ciarimboli, Esq.
Zane E. Hilton, Esq.; Teal O. Miller, Esq.

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

1     **IT IS HEREBY STIPULATED** by and between the parties to this action through their

2 undersigned counsel that the above-captioned action be and hereby is dismissed with prejudice

3 pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)(A)(ii). Each party shall bear her/its

4 own costs and attorneys' fees.

5

6

7 Date: March 26, 2018             By:     */s/ Kelsey K. Ciarimboli*

                                               LAWRANCE A. BOHM, ESQ.

8                                                KELSEY K. CIARIMBOLI, ESQ.

                                               ZANE E. HILTON, ESQ.

9                                                TEAL O. MILLER, ESQ.

10

                                               Attorneys for Plaintiff,

11                                                ANU CHOPRA

12 Date: March 26, 2018             By:     */s/ Serena Warner*

13                                                SERENA WARNER, ESQ.

14                                                Attorney for Defendant,

15                                                COUNTY OF SUTTER

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation of Dismissal with Prejudice Pursuant to FRCP 41(a)
*Chopra v. County of Sutter*                                     Lawrance A. Bohm, Esq.; Kelsey K. Ciarimboli, Esq.
Case No.: 2:17-cv-00677-TLN-CMK                               Zane E. Hilton, Esq.; Teal O. Miller, Esq.

*Chopra v. County of Sutter*
United States District Court, Eastern District of California
Case No.: 2:17-cv-00677-TLN-CMK

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

## CERTIFICATE OF SERVICE BY CM/ECF FILING

I, the undersigned declare that I am employed in the County of Sacramento, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is 4600 Northgate Boulevard, Suite 210, Sacramento, California 95834.

On March 26, 2018, I served the within:

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)**

By causing the above to be electronically served through the Eastern District CM/ECF filing system.

| | |
|---|---|
| **Ms. Carolee Kilduff, Esq.** | **Attorneys for Defendant,** |
| **Ms. Serena Warner, Esq.** | **COUNTY OF SUTTER** |
| **ANGELO KILDAY & KILDUFF** | |
| **601 University Ave., Suite 150** | |
| **Sacramento, CA 95825** | |

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on March 26, 2018, in Sacramento, California.

_____
Leigha Hellon
Senior Paralegal

**CERTIFICATE OF SERVICE**