Lawrance A. Bohm (SBN: 208716)
Kelsey K. Ciarimboli (SBN: 302611)
Zane E. Hilton (SBN: 305207)
Teal O. Miller (SBN: 311159)
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone: 916.927.5574
Facsimile: 916.927.2046

Attorneys for Plaintiff,
ANU CHOPRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANU CHOPRA,<br><br>　　Plaintiff,<br><br>v.<br><br>COUNTY OF SUTTER; and DOES 1 through 50, inclusive,<br><br>　　Defendants. | Case No: 2:17-cv-00677-TLN-CMK<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)**<br><br>[Filed concurrently with [Proposed] Order re: Joint Stipulation for Dismissal]<br><br>Action Filed:　March 30, 2017<br>Trial Date:　　Not Set |

　　Pursuant to the stipulation, IT IS SO ORDERED. The above-entitled action is dismissed with prejudice, in its entirety.

DATED: _____

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　United States District Court

---

1

[Proposed] Order re: Joint Stipulation of Dismissal with Prejudice Pursuant to FRCP 41(a)
*Chopra v. County of Sutter*　　　　　　　　　　　　　　Lawrance A. Bohm, Esq.; Kelsey K. Ciarimboli, Esq.
Case No.: 2:17-cv-00677-TLN-CMK　　　　　　　　　　　　Zane E. Hilton, Esq.; Teal O. Miller, Esq.

*Chopra v. County of Sutter*
United States District Court, Eastern District of California
Case No.: 2:17-cv-00677-TLN-CMK

## CERTIFICATE OF SERVICE BY CM/ECF FILING

I, the undersigned declare that I am employed in the County of Sacramento, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is 4600 Northgate Boulevard, Suite 210, Sacramento, California 95834.

On March 26, 2018, I served the within:

**[PROPOSED] ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)**

By causing the above to be electronically served through the Eastern District CM/ECF filing system.

| | |
|---|---|
| **Ms. Carolee Kilduff, Esq.**<br>**Ms. Serena Warner, Esq.**<br>**ANGELO KILDAY & KILDUFF**<br>**601 University Ave., Suite 150**<br>**Sacramento, CA 95825** | **Attorneys for Defendant,**<br>**COUNTY OF SUTTER** |

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on March 26, 2018, in Sacramento, California.

_/s/ Leigha Hellon_
Leigha Hellon
Senior Paralegal